JOHN M. SORICH (CA Bar No. 125223)          JS-6
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com'
TALINE M. GULESSERIAN (CA Bar No. 233828)
tgulesserian@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
BEAR STEARNS RESIDENTIAL MORTGAGE CORP.
DBA ENCORE CREDIT erroneously sued as ENCORE
CREDIT; BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I LLC,
ASSET-BACKED CERTIFICATES, SERIES 2007-HE5,
erroneously sued as BANK OF AMERICA, N.A.; EMC
MORTGAGE CORPORATION and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO SASSO, an individual, and VERONICA SASSO, an individual,<br><br>       Plaintiffs,<br><br>v.<br><br>ENCORE CREDIT,  a Business entity, form unknown, acquired by BEAR STEARNS ASSET BACKED SECURITIES I, LLC; BANK OF AMERICA, N.A.; EMC MORTGAGE CORPORATION, a Delaware corporation; NDEX WEST, LLC, a Delaware corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business entity, form unknown and DOES 1-100 inclusive<br><br>       Defendants. | **CASE NO.: 10-cv-03413 DMG (FFMx)**<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [47]** |

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1

3076178.1 -- N1119.153

1    On January 19, 2012, the parties filed their STIPULATION FOR DISMISSAL OF ENTIRE

2  ACTION WITH PREJUDICE  [Doc. # 47].

3    Good cause appearing, the Court orders as follows:

4    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear

5  its own attorney fees and costs.

6    **IT IS SO ORDERED.**

7

8

9  DATED:   January 19, 2012

10

DOLLY M. GEE
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2

**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**